1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Raagini Shah (SBN 268022)
   Email: rshah@reedsmith.com
3  355 South Grand Avenue, Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone:  +1 213 457 8000
   Facsimile:   +1 213 457 8080

5
   Attorneys for Defendant
6  FIA Card Services, N.A.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT CALIFORNIA

10

| 11 | FRANK ANTONIO CORONA, ROSALIE J. CORONA, and FRANCESCA CORONA, | Case No. 12-CV-2322-LAB-JMA |
|---|---|---|
| 12 | | Hon. Larry Alan Burns |
| 13 | Plaintiff, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| 14 | vs. | [Fed. R. Civ. P. 41(a)] |
| 15 | FIA CARD SERVICES, N.A. and Does 1 through 100, | Complaint Filed: August 22, 2012 |
| 16 | Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

JOINT MOTION FOR DISMISSAL WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a), all parties hereby jointly
2  move, by and through their undersigned counsel, that the above-captioned matter be
3  dismissed with prejudice.  Each party shall bear its own costs and fees.

5  DATED:  January 4, 2013

6  REED SMITH LLP

8  By: */s/ Raagini Shah*
    Raagini Shah
9   Attorney for Defendant
    FIA Card Services, N.A.

10  DATED:  January 4, 2013

12  By: */s/ Jeff Menard*
    Jeff Menard
13  Attorney for Plaintiffs
    Frank Antonio Corona, Rosalie Corona, and
14  Francesca Corona

16  ### SIGNATURE CERTIFICATION

17  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
18  and Procedures Manual, I hereby certify that the content of this document is
19  acceptable to Jeff Menard, counsel for Plaintiffs Frank Antonio Corona, Rosalie
20  Corona, and Francesca Corona, and that I have obtained Mr. Menard's authorization
21  to affix his electronic signature to this document.

23  DATED:  January 4, 2013

24  REED SMITH LLP

26  By: */s/ Raagini Shah*
    Raagini Shah
27  Attorney for Defendant
    FIA Card Services, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware