# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTONIO CORONA et al., | CASE NO. 12cv2322-LAB (JMA) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| FIA CARD SERVICES N.A., | |
| Defendant. | |

The parties have jointly moved to dismiss this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: January 12, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge